Attorney(s)        The Weitz Law Firm P.A.
Index #            **1:19-CV-11488-GHW**
Purchased/Filed: December 16, 2019
State of New York
Court:             U. S. District
County:            Southern Dist.

# AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Ricardo Velasquez

Plaintiff(s)

against

Two Big Boys Inc d/b/a Posh Bar & Lounge et al

Defendant(s)

| STATE OF NEW YORK ) | **DESCRIPTION OF PERSON SERVED:** | Approx. Age: | 55 Yrs. |

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**     Approx. Age: 55 Yrs.

Weight: 120 Lbs.  Height: 5' 0"  Sex: Female  Color of skin: White

Hair color: Blonde  Other: _____

_____ Robert Guyette _____ , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on _____ December 26, 2019 _____ , at _12:28PM_ , at the office of the  Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**Summons in a Civil Action, Complaint, First Set of Civ. Rule 33.1 Interrogatories & First Request for Production to Defendant**

on

**Two Big Boys Inc d/b/a Posh Bar & Lounge**

the Defendant in this action, by delivering to and leaving with _____ Sue Zouky _____

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies  thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _____ $40 _____ dollars; That said service was made pursuant to Section   BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

26th  day of  December 2019

_____ Yvonne Strain _____

YVONNE STRAIN
NOTARY PUBLIC, State of New York
01ST6314054, Schenectady
Commission Expires November 3, 2022

_____ Robert Guyette _____

Robert Guyette

**Invoice·Work Order #** 1948179
Attorney File #   **Velasquez**