**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

RICARDO VELASQUEZ,  CASE NO: 1:19-cv-11488-GHW

  Plaintiff,  **JOINT LETTER SUBMITTED PURSUANT TO INITIAL PRETRIAL CONFERENCE ORDER**

vs.

TWO BIG BOYS, INC., a New
York corporation, d/b/a POSH BAR
& LOUNGE, and JOHN IAONNOU,
an individual,

  Defendants.
_____/

Dear Judge Woods,

 This letter is jointly submitted by the parties pursuant to your Order for an Initial Pre-trial Conference [D.E. 8], dated December 18, 2019. The Initial Pre-trial Conference is scheduled for Thursday, March 25, 2020, at 4:00 p.m.

 (1) Plaintiff filed this action for declaratory and injunctive relief pursuant to Article III of the Americans with Disabilities Act ("ADA"), alleging violation of the ADA and parallel New York State and City laws on the Defendants' property.

 (2) Plaintiff invokes the jurisdiction of the Court pursuant to 28 U.S.C. §1331. Plaintiff also invokes supplemental jurisdiction over Plaintiff's claims under the New York Executive Law and the New York City Administrative Code pursuant to 28 U.S.C. § 1367.

 (3) There are no contemplated motions at this time.

 (4) No discovery has occurred as of this date.

 (5) The Plaintiff is requesting $1,000 dollars in compensatory damages, plus attorney's fees and costs.

 (6) The parties plan to initiate settlement discussions in the near future and the prospect of settlement is likely.

 (7) The parties are not aware of any other additional information at this time which may assist the parties in resolving this action.

Respectfully submitted,

By: _S/ B. Bradley Weitz_  
    B. Bradley Weitz, Esq.  
    The Weitz Law Firm, P.A.  
    Bank of America Building  
    18305 Biscayne Blvd., Suite 214  
    Aventura, FL 33160  
    Telephone: (305) 949-7777  
    Facsimile: (305) 704-3877  
    Email: bbw@weitzfirm.com  
    Attorney for Plaintiff

By: _S/ Paris Gyparakis_  
    Paris Gyparakis, Esq.  
    Rosen & Associates, P.C.  
    747 Third Avenue  
    New York, NY 10017  
    Telephone: (212) 223-1100  
    Facsimile: (212) 221-1102  
    Email: pgyparakis@rosenpc.com  
    Attorney for John Ioannou