USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
 RICARDO VELASQUEZ,                              :
                                                 :
                         Plaintiff,              :
             -against-                           :          1:19-cv-11488-GHW
                                                 :
 TWO BIG BOYS, INC., a New York corporation      :               ORDER
 doing business as Posh Bar & Lounge, and JOHN   :
 IAONNOU,                                        :
                                                 :
                         Defendants.             :
-----------------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

As discussed on the record during the telephone conference held on March 25, 2020, the Court will hold a status conference in this case on April 24, 2020 at 3 p.m. The parties are directed to call (888)-557-8511 and enter the access code 7470200 at that time. The parties are also directed to comply with the Court's Emergency Rules, particularly the provision requiring the parties to email an appearance sheet to Chambers before the telephone conference.

      SO ORDERED.

Dated: March 25, 2020
                                                          GREGORY H. WOODS
                                                          United States District Judge