USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RICARDO VELASQUEZ,

       Plaintiff,

-against-

TWO BIG BOYS, INC., a New York corporation doing business as Posh Bar & Lounge and JOHN IAONNOU,

       Defendants.
-------------------------------------------------------------------X

1:19-cv-11488-GHW

MEDIATION REFERRAL ORDER

GREGORY H. WOODS, United States District Judge:

  It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation program. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling order issued by this Court without leave of this Court.

  SO ORDERED.

Dated: April 24, 2020

               _____
               GREGORY H. WOODS
               United States District Judge