UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | Job #: 14976

| | |
|---|---|
| RICARDO VELASQUEZ,<br><br>vs<br><br>TWO BIG BOYS, INC., a New York corporation, and JOHN P. GRECO, III, an individual, d/b/a POSH BAR & LOUNGE, and JOHN IOANNOU, an individual,<br><br>Plaintiff<br><br>Defendant | Civil Action No.: 1:19-CV-11488<br>Attorney: B. Bradley Weitz & Robert J. Mirel / The Weitz Law Firm - 18305 Biscayne Blvd, Ste 214, Adventura, FL 33160<br><br>Date Filed:<br>Client's File No.:<br>Court/Return Date: |

STATE OF NEW JERSEY, COUNTY OF BERGEN, SS.:

## AFFIDAVIT OF SERVICE

**Anthony Iavarone**, being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New Jersey.

On **July 27, 2020**, at **7:29 PM** at **667 Woodside Avenue, Westwood, NJ 07675**, Deponent served the within **Summons In A Civil Action; Amended Complaint; Court Ordered Mediation Session - Velasquez v Two Big Boys, Inc.; Mediation Conference Scheduled - Update; Interrogatories to Defendant**

On: **John P. Greco, III**, Defendant therein named.

☒ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to () a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house / usual place of abode / last-known residence within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects
[] actual place of business / employment [] dwelling house / usual place of abode / last-known residence within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called there

☐ **#4 AUTHORIZED AGENT**
By delivering thereat a true copy of each personally to , which person is the thereof, an agent duly authorized to accept service on behalf thereof.

☐ **#5 MAILING**
On , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" from a depository under the exclusive care and custody of the United States Post Office in the State of New York.

☐ An additional mailing was completed to the address above by certified mail.

☒ **#6 DESCRIPTION**
Sex: Male    Color of skin: White    Color of hair: Brown    Age: 55
Height: 5'7"    Weight: 160    Other Features:

☒ **#7 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☐ **#9 OTHER**

Sworn to before me on 7/28/2020

NOTARY PUBLIC
Notary Public, State of

[Notary Seal: LAUREN IAVARONE, MY COMMISSION EXPIRES 11-20-2020, NOTARY PUBLIC, STATE OF NEW JERSEY]

Anthony Iavarone

Certified Process Service LLC - P. O. Box 77251 - West Trenton, NJ 08628 / Tel: (609) 882-2063