**ROSEN & ASSOCIATES, P.C.**
*Counsel of Record to Defendant*
   *John Ioannou*
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Paris Gyparakis

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RICARDO VELASQUEZ,

      Plaintiff,

 v.

TWO BIG BOYS, INC., a New York corporation, JOHN P. GRECO, III, an individual d/b/a POSH BAR & LOUNGE, and JOHN IOANNOU, an individual,

      Defendants.

Case No. 19-cv-11488 (GHW)

**NOTICE OF MOTION FOR LEAVE TO WITHDRAW**
**AS COUNSEL OF RECORD TO DEFENDANT JOHN IOANNOU**

  **PLEASE TAKE NOTICE** that upon the accompanying *Declaration of Paris Gyparakis,* the *Memorandum of Law in Support of Motion for Leave to Withdraw as Counsel of Record to Defendant John Ioannou*, and all prior pleadings and proceedings herein (the "**Motion**"), Rosen & Associates, P.C. will move at a hearing before the Honorable Gregory H. Woods, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, Courtroom 12C, for the entry of an order, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, granting leave to withdraw as counsel of record to Defendant John Ioannou for the reasons set forth in the Motion, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
October 9, 2020

                                         **ROSEN & ASSOCIATES, P.C.**
                                         *Counsel of Record to Defendant*
                                            *John Ioannou*

By: _____
         Paris Gyparakis

747 Third Avenue
New York, NY 10017-2803
(212) 223-1100