```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
                                                                  :
RICARDO VELASQUEZ                                                 :
                                                                  :         1:19-cv-11488-GHW
                                     Plaintiff,                   :
                                                                  :              NOTICE
                   -v -                                           :
                                                                  :
  TWO BIG BOYS, INC., et al.,                                     :
                                                                  :
                                     Defendants.                  :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/2020

GREGORY H. WOODS, United States District Judge:

The Court will hold a teleconference regarding Paris Gyparakis's October 10, 2020 Motion for Leave to Withdraw as Counsel of Record to John Ioannou, Dkt No. 43, on October 19, 2020 at 2 p.m.  Defendant John Ioannou is directed to appear personally for this conference.  The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions.  The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

Defendant's counsel is directed to write the Court via ECF no later than October 15, 2020 to confirm that he has advised his client of this order, including the Court's direction that his client appear personally for this conference, and that he has provided his client with the dial-in number.

Dated:  October 12, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge