

ROSEN & ASSOCIATES, P.C.
747 THIRD AVENUE
NEW YORK, NY 10017-2803
(212) 223-1100 TELEPHONE
(212) 223-1102 FACSIMILE

www.rosenpc.com

October 15, 2020

**VIA CM/ECF**
The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re: *Velasquez v. Two Big Boys, Inc. et al* **(19-cv-11488-GHW)**

Dear Judge Woods:

      In accordance with the Court's October 12th directive [Doc. No. 44] (the "Order"), the undersigned submits that I have advised my client of the contents of the Order, including the Court's direction that he appear personally at the hearing scheduled for October 19, 2020, and have provided my client with the dial-in number in which to participate.

      Respectfully,

      Paris Gyparakis

PG/clm

  cc: John Ioannou (*via* Certified Mail/RRR)