```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                  :
RICARDO VELASQUEZ                          :
                           Plaintiff,      :      1:19-cv-11488-GHW
                                                  :
                -v -                       :      <u>ORDER</u>
                                                  :
TWO BIG BOYS, INC., et al.                 :
                                                  :
                           Defendants.  :
                                                  :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      For the reasons stated on the record during the October 19, 2020 teleconference, the October 10, 2020 motion for Paris Gyparakis to withdraw as Defendant John Ioannou's counsel, Dkt No. 43, is GRANTED.  The Clerk of Court is directed to terminate the motion pending at Dkt No. 43.  This matter is stayed for 30 days to permit Mr. Ioannou to search for and retain new counsel.

      The Clerk of Court is directed to mail a copy of this order to Mr. Ioannou at the address below and to update the docket with Mr. Ioannou's contact information.  Mr. Ioannou's contact information is:

    <u>Address</u>
    John Ioannou
    405 W 51st, Apt 1
    New York. NY 10019

    <u>Telephone</u>
    (212) 757-7192

SO ORDERED.
Dated: October 19, 2020
New York, New York

                                                          _____
                                                           GREGORY H. WOODS
                                                        United States District Judge