USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
    RICARDO VELASQUEZ,

                               Plaintiff,

                -v -

TWO BIG BOYS, INC., et al..,

                         Defendants.
------------------------------------------------------------------- X

1:19-cv-11488-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court will hold a teleconference on December 14, 2020 at 1 p.m. to discuss how the parties would like to proceed in this case. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

The Clerk of Court is directed to mail a copy of this order to Defendant John Ioannou.

SO ORDERED.

Dated: December 7, 2020

                                                           GREGORY H. WOODS
                                                    United States District Judge