# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

Robert J. Mirel, Esq.
Member NY& NJ Bars, AR Federal Bar
Email: rjm@weitzfirm.com

January 5, 2021

**VIA CM/ECF**
Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12C
New York, New York 10007

        Re:        *Velasquez v. Two Big Boys, Inc., d/b/a Posh Bar & Lounge*, et al.
                   Case No. **1:19-cv-11488-GHW**

Dear Judge Woods:

The undersigned represents the Plaintiff in the above-captioned case matter.

On December 8, 2020, an Order of Discontinuance was signed by your Honor [D.E. 54] providing Plaintiff's counsel thirty (30) days within which to reopen this matter, should the settlement not be consummated.

As of this date, the settlement is not as yet consummated. Therefore, the undersigned respectfully requests that the Court grant a forty-five (45) day extension, until February 21, 2021, to finalize settlement in this matter.

The Court is advised that this is the Plaintiff's first request to extend the dismissal deadline in this case. Thank you for your attention to this matter.

                            Yours very truly,

                            THE WEITZ LAW FIRM, P.A.

                            By: _/s/ Robert J. Mirel_____
                                Robert J. Mirel, Esq.